# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS W. BRAWAND, | ) | 1:08-CV-00458 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING NOVEMBER 21, 2008 |
| | ) | ORDER ADOPTING FINDINGS AND |
| v. | ) | RECOMMENDATION AND JUDGMENT |
| | ) | ENTERED THEREON |
| | ) | |
| M. S. EVANS, | ) | [Docs. #17, 18] |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 21, 2008, the undersigned issued an Order adopting the Findings and Recommendation of the Magistrate Judge and dismissing the petition. It has come to the Court's attention that the Magistrate Judge's Findings were incorrectly stated.

Accordingly, IT IS HEREBY ORDERED:

1) The Order adopting the Findings and Recommendation is VACATED;

2) The Judgment issued on November 21, 2008, is VACATED. The Court will issue a corrected Order forthwith.

IT IS SO ORDERED.

**Dated:    December 1, 2008**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE